**916-14**

# ELECTRONIC RECORD

COA # 01-12-01145-CR          OFFENSE: 29.02 (Robbery)

STYLE: Jay Scott Garrison, Jr. v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 178th District Court

DATE: 06/26/2014          Publish: NO          TC CASE #: 1278460

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jay Scott Garrison, Jr. v. The State of Texas          CCA #: **916-14**

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___STRUCK___          JUDGE: _____

DATE: _NOVEMBER 19 2014_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

_Pro Se Petition for Discretionary Review in CCA is Refused on 02/04/2015_

_Per Curiam_

_____PRO SE_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**